[Nos. 40695-1-II; 40705-1-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. NATASHA ANN PENLAND, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. REED LEROY STONE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 09-1-02011-8, Linda CJ Lee, J., entered May 7, 2010. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 41309-4-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT P. LESHOWITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 09-1-00190-0, Michael J. Sullivan, J., entered October 8, 2010. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 41742-1-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL ZORN, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 10-1-00329-1, Toni A. Sheldon, J., entered February 2, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.